Keith THOMAS, Plaintiff—Appellant,

v.

Kathleen M. KAHOE, Assistant Attorney General; George W. Bush, President; Mr. Mueller, Director of the FBI; Mr. Gonzales, United States Attorney General; John Doe, Federal Detention Center in Alexandria, Defendants—Appellees.

No. 06–6470.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2006.

Decided May 24, 2006.

Keith Thomas, Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Thomas appeals a district court order dismissing his complaint as frivolous. We have reviewed the record and the district court's order and agree with the district court. Thomas' complaint was completely frivolous. Accordingly, we dismiss the appeal as frivolous. We also deny his motion for an injunction. We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*